IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KNIGHTS TOWING, INC., a Domestic Montana Profit Corporation, JOSHUA BARBAGELLO, individually, and JOELLEN BARBAGELLO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>KP TRANSPORT LLC, aka FUEL EXPRESS, LLC,<br><br>Defendant. | CV 24-1-H-KLD<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned. In addition,

    IT IS ORDERED that the preliminary pretrial conference scheduled for April 3, 2024, and related deadlines are VACATED, to be reset following reassignment.

    DATED this 26th day of March, 2024.

                                                Kathleen L. DeSoto
                                              United States Magistrate Judge